UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE NORTON,<br><br>        Plaintiff,<br><br>   v.<br><br>LAW OFFICES OF JOHN D. SUHR, et al.,<br><br>        Defendants. | Case No. 1:22-cv-01168-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL**<br><br>(Doc. 23) |

Pursuant to the joint stipulation, and cause appearing, the parties' request for extension of the deadline to file dispositional documents is GRANTED. (Doc. 23.) The parties shall file appropriate papers to dismiss or conclude this action in its entirely no later than December 29, 2023. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* L.R. 160.

IT IS SO ORDERED.

Dated:  **November 9, 2023**          /s/ *Barbara A. McAuliffe*          
                                                        UNITED STATES MAGISTRATE JUDGE